UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02072-ACC-EJK

HOWARD COHAN,

    Plaintiff,

vs.

DW MLB H OWNER LLC
Foreign Limited Liability Company
d/b/a HILTON MELBOURNE BEACH OCEANFRONT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 8, 2024.

                                                    **/s/ Gregory S. Sconzo**
                                                    **Gregory S. Sconzo, Esq.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and sent to Defendant's counsel via email at Nicole.Vescova@lewisbrisbois.com:

DW MLB H OWNER LLC
c/o CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

                                            By: **/s/ Gregory S. Sconzo**
                                            Gregory S. Sconzo, Esq.
                                            Florida Bar No.: 0105553
                                            Sconzo Law Office, P.A.
                                            3825 PGA Boulevard, Suite 207
                                            Palm Beach Gardens, FL 33410
                                            Telephone: (561) 729-0940
                                            Facsimile: (561) 491-9459
                                            Email: greg@sconzolawoffice.com
                                            Email: perri@sconzolawoffice.com
                                            Attorney for Plaintiff